IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

MIKE ROBINSON, ET AL.                                                        PLAINTIFFS

**LEAD**
VERSUS                                                      Civil Action No.: 2:00cv243-B-B
                                                         Consolidated With 2:00cv244-B-B
                                                                           2:00cv245-B-B
                                                                           2:00cv246-B-B
                                                                           2:00cv247-B-B
                                                                           2:00cv248-B-B
                                                                           2:00cv249-B-B
                                                                           2:00cv250-B-B
                                                                           2:00cv251-B-B
                                                                           2:00cv252-B-B

GUARANTEE TRUST LIFE
INSURANCE COMPANY                                                             DEFENDANT

## ORDER

**THE COURT** has considered a request by the Defendant, Guarantee Trust Life Insurance Company, to extend by three (3) days the deadline for serving supplemental responses to previously served discovery and supplemental and updated experts' reports, and, being advised that such an extension is not opposed by the Plaintiffs, finds that the request is well taken and should be granted. It is, therefore:

**ORDERED** that the deadline for serving supplemental responses to previously served discovery and supplemental and updated experts' reports is extended until July 23, 2007.

This, the 23rd day of July, 2007.

/s/ Eugene M. Bogen
United States Magistrate Judge