**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

| | |
|---|---|
| **MIKE ROBINSON** | **PLAINTIFF** |
| **VERSUS** | **LEAD CASE NO. 2:00cv243-B-B**<br>**CONSOLIDATED WITH 2:00CV244-P-B**<br>2:00CV245-P-B<br>2:00CV246-P-B<br>2:00CV247-P-B<br>2:00CV248-P-B<br>2:00CV249-P-B<br>2:00CV250-P-B<br>2:00CV251-P-B<br>2:00CV252-P-B |
| **GUARANTEE TRUST LIFE**<br>**INSURANCE COMPANY AND**<br>**DOE INDIVIDUALS A THROUGH Z** | **DEFENDANTS** |

## ORDER AMENDING SCHEDULING ORDER

On Motion of the plaintiffs, with the consent and joinder of the defendant, **IT IS ORDERED** that the scheduling order previously entered in this case is modified to the extent that the deadline for all substantive motions and other motions currently falling due on or before December 20, 2007, is extended until January 7, 2008.

**SO ORDERED** this 11th day of December, 2007.

                                                      **/s/ Eugene M. Bogen**
                                                      **United States Magistrate Judge**